In the Matter of the General Assignment for the Benefit of Creditors of Kupshire Coats, Inc., to Charles Goldberg, Assignee-Respondent, against United States of America, Claimant-Appellant.— Order confirming report of referee which directed the assignee for the benefit of creditors to pay the claims of wage earners prior to the claim of the United States government unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

The Anglo-South American Trust Company and Heino F. Busch, as Trustee, etc., Respondents, v. Joseph A. Broderick, as Superintendent of Banks of the State of New York, The Bank of United States and William White & Sons, Respondents, and Lawrence M. Samuels, Appellant.— Order denying motion of Lawrence M. Samuels for leave to intervene unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the General Indemnity Corporation of America. Claim of Theodore Lackey, Claimant, Appellant.— Order granting petitioner's motion to confirm referee's report disallowing claim of claimant, Theodore Lackey, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Ralph C. Tobin and Others, Appellants, for an Order of Mandamus against Fiorello H. LaGuardia, as Mayor, and Others, Respondents.— Order denying petitioners' motion for an order dismissing the return of the defendants to the alternative order of mandamus on the ground that the return is insufficient in law upon the face thereof, and for a final order of mandamus, affirmed, with twenty dollars costs and disbursements. No opinion, Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

In the Matter of the Application of Eva Sobol, Appellant, for a Mandamus Order to Compel John L. Rice, as Commissioner of Health of the City of New York, and the City of New York, to Reinstate Eva Sobol in the Position of Laboratory Assistant of the Department of Health of Said City of New York, etc., Respondents.— Order denying petitioner's motion for a mandamus order to compel defendants to reinstate petitioner to her position in the department of health of the city of New York unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.